UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Case No. 22-mj-8078-RMM

IN RE:

CRIMINAL COMPLAINT
_____)

FILED BY ___SP___ D.C.
Mar 9, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through the undersigned Assistant U.S. Attorney, Southern District of Florida, hereby requests this Honorable Court seal the *Criminal Complaint* and all attachments (except for copies to be used by law enforcement personnel during execution of their official duties) until the defendant is arrested and further order of the Court.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Daniel E. Funk (Fl. Bar No. 0592501)
Assistant United States Attorney
United States Attorney's Office
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
TEL: 305-905-7509
daniel.funk@usdoj.gov