UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Case No. 22-8078-RMM

IN RE:

CRIMINAL COMPLAINT

_____/

## ORDER TO UNSEAL CRIMINAL COMPLAINT

This cause came before this Court on the government's Motion to Unseal.   The Court being

fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the government's motion is hereby granted and the

Clerk of the Court shall unseal the Criminal Complaint in this case.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___10___ day of March,

2022.

RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE