UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-8078-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVAN C. FUSCO,

    Defendant.

_____/

**DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

    The defendant, Kevan Fusco, through counsel, hereby invokes his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made

through the defendant's lawyer, undersigned counsel.

>Respectfully submitted,
>
>MICHAEL CARUSO
>FEDERAL PUBLIC DEFENDER
>
>By: *s/M. Caroline McCrae*
>Caroline McCrae
>Assistant Federal Public Defender
>Attorney for Defendant
>Florida Bar No. 72164
>450 South Australian Avenue
>Suite 500
>West Palm Beach, Florida 33401
>(561) 833-6288 - Telephone
>*Caroline_mccrae@fd.org* - Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*s/M. Caroline McCrae*
>M. Caroline McCrae